LifeHealth LLC
Littleton, CO 80123

Kouela S Stallings
105-05 69th Ave Apt 203
Forest Hills, NY 11375

Direct Deposit

| Employee Pay Stub | | | Check number: 0897123-121 | | Pay Period: 12/18/2022 - 12/31/2022 | | Pay Date: 01/06/2023 |

Employee
Kouela S Stallings, 105-05 69th Ave Apt 203, Forest Hills, NY 11375

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - ****4898 | | | 2,352.29 |

| | | | | | Memo | | |
|---|---|---|---|---|---|---|---|
| | | | | | PTD | Accrued | Used | Available |
| | | | | | Current | 0.26 | 11:52 | 0.35 |
| | | | | | YTD | | | |
| | | | | | Direct Deposit | | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Pay Rate | 5:30 | 525.00 | 2,887.50 | 2,887.50 |
| PTO | 1:00 | 525.00 | 525.00 | 525.00 |
| Holiday | 1:00 | 525.00 | 525.00 | 525.00 |
| | 7:30 | | 3,937.50 | 3,937.50 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance | -180.82 | -180.82 |
| Dental Insurance | -13.47 | -13.47 |
| Vision Insurance | -3.06 | -3.06 |
| Short Term Disability Insurance | -35.91 | -35.91 |
| 401k Emp. | -196.88 | -196.88 |
| | -430.14 | -430.14 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Yonkers City Nonresident | -17.50 | -17.50 |
| NY - Paid Family Leave | -17.75 | -17.75 |
| NY - City Resident | -133.43 | -133.43 |
| Medicare Employee Addil Tax | 0.00 | 0.00 |
| Federal Withholding | -527.00 | -527.00 |
| Social Security Employee | -229.26 | -229.26 |
| Medicare Employee | -53.62 | -53.62 |
| NY - Withholding | -168.71 | -168.71 |
| NY - Disability Employee | -1.30 | -1.30 |
| | -1,148.57 | -1,148.57 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life, AD&D & LTD Insurance | -6.50 | -6.50 |

| Net Pay | 2,352.29 | 2,352.29 |

**Direct Deposit**

Konata S Stallings
105-05 69th Ave Apt 203
Forest Hills, NY 11375

| Employee Pay Stub | Check number: QB0123-225 | Pay Period: 01/01/2023 - 01/15/2023 | Pay Date: 01/23/2023 |
|---|---|---|---|

**Employee**
Konata S Stallings, 105-05 69th Ave Apt 203, Forest Hills, NY 11375

| Earnings and Hours | Qty | Rate | Current | YTD Amount | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|
| Holiday | 1:00 | 525.00 | 525.00 | 1,050.00 | Checking - ****4806 | | 1,257.08 |
| Bereavement | 3:00 | 525.00 | 1,575.00 | 1,575.00 | | | |
| PTO | | | | 525.00 | | | |
| Daily Pay Rate | | | | 2,887.50 | PTO | Accrued | Used | Available |
| | 4:00 | | 2,100.00 | 6,037.50 | Current | | | 0:49 |
| | | | | | YTD | 0:14 | | |

| Deductions From Gross | Current | YTD Amount | Memo |
|---|---|---|---|
| Health Insurance | -221.69 | -408.51 | Direct Deposit |
| Dental Insurance | -13.47 | -26.94 | |
| Vision Insurance | -3.06 | -6.12 | |
| 401k Emp. | -105.00 | -301.88 | |
| | -343.22 | -743.45 | |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Yonkers City Nonresident | -8.78 | -26.28 |
| NY - Paid Family Leave | -9.56 | -27.31 |
| NY - City Resident | -56.75 | -190.18 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -175.00 | -702.00 |
| Social Security Employee | -115.43 | -344.69 |
| Medicare Employee | -26.99 | -80.61 |
| NY - Withholding | -72.79 | -241.50 |
| NY - Disability Employee | -1.30 | -2.60 |
| | -466.60 | -1,615.17 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life, AD&D & LTD Insurance | -5.00 | -5.50 |
| Short Term Disability Insurance | -28.10 | -64.01 |
| | -33.10 | -69.51 |

| Net Pay | 1,257.08 | 3,609.37 |
|---|---|---|

**Employee Pay Stub**

Konata S Stallings
105-05 69th Ave Apt 203
Forest Hills, NY 11375

Direct Deposit

Check number: QB0123-380

Pay Period: 01/16/2023 - 01/31/2023     Pay Date: 02/07/2023

**Employee**
Konata S Stallings, 105-05 69th Ave Apt 203, Forest Hills, NY 11375

| Earnings and Hours | City | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Pay Rate | 9:00 | 525.00 | 4,725.00 | 7,612.50 |
| Holiday | | | | 1,050.00 |
| PTO | | | | 525.00 |
| Bereavement | | | | 1,575.00 |
| | 9:00 | | 4,725.00 | 10,762.50 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance | -221.69 | -630.20 |
| Dental Insurance | -13.47 | -40.41 |
| Vision Insurance | -3.08 | -9.18 |
| 401k Emp. | -236.25 | -538.13 |
| | -474.47 | -1,217.92 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Yonkers City Nonresident | -21.25 | -47.53 |
| NY - Paid Family Leave | -21.50 | -48.81 |
| NY - City Resident | -166.79 | -356.97 |
| Medicare Employee Add Tax | 0.00 | 0.00 |
| Federal Withholding | -693.00 | -1,395.00 |
| Social Security Employee | -278.18 | -622.87 |
| Medicare Employee | -65.06 | -145.67 |
| NY - Withholding | -212.85 | -454.35 |
| NY - Disability Employee | -1.30 | -3.90 |
| | -1,459.93 | -3,075.10 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life, AD&D & LTD Insurance | -5.00 | -10.50 |
| Short Term Disability Insurance | -28.10 | -92.11 |
| | -33.10 | -102.61 |

**Net Pay**  2,757.50  6,366.87

| Direct Deposit | Amount |
|---|---|
| Checking - *****4806 | 2,757.50 |

| PTO | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:31 | | 0:20 |
| YTD | | | |

**Memo**
Direct Deposit

Konata S Stallings
105-05 69th Ave Apt 203
Forest Hills, NY 11375

Direct Deposit

**Employee Pay Stub**    Check number: QB0223-211    Pay Period: 02/01/2023 - 02/15/2023    Pay Date: 02/22/2023

**Employee**
Konata S Stallings, 105-05 69th Ave Apt 203, Forest Hills, NY 11375

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | Direct Deposit | | Amount |
|---|---|---|---|---|---|---|---|---|
| Daily Pay Rate | 6:00 | 525.00 | 3,150.00 | 10,762.50 | | Checking - *****4806 | | 1,879.17 |
| Holiday | | | | 1,050.00 | | | | |
| PTO | | | | 525.00 | | PTO | Accrued | Available |
| Bereavement | | | | 1,575.00 | | Current | 0:21 | |
|  | 6:00 | | 3,150.00 | 13,912.50 | | YTD | | 0:41 |

| Deductions From Gross | | Current | YTD Amount | | Memo |
|---|---|---|---|---|---|
| Health Insurance | | -221.69 | -851.89 | | Direct Deposit |
| Dental Insurance | | -13.47 | -53.88 | | |
| Vision Insurance | | -3.08 | -12.24 | | |
| 401k Emp. | | -157.50 | -895.63 | | |
|  | | -395.72 | -1,613.64 | | |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Yonkers City Nonresident | -13.77 | -61.30 |
| NY - Paid Family Leave | -14.33 | -63.14 |
| NY - City Resident | -100.21 | -457.18 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -362.00 | -1,757.00 |
| Social Security Employee | -180.53 | -803.40 |
| Medicare Employee | -42.22 | -187.89 |
| NY - Withholding | -127.65 | -582.00 |
| NY - Disability Employee | -1.30 | -5.20 |
|  | -842.01 | -3,917.11 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life, AD&D & LTD Insurance | -5.00 | -15.50 |
| Short Term Disability Insurance | -28.10 | -120.21 |
|  | -33.10 | -135.71 |

| Net Pay | 1,879.17 | 8,246.04 |

2517329_62124.pdf

# Konata S Stallings
105-05 69th Ave Apt 203
Forest Hills, NY 11375

Direct Deposit

**Employee Pay Stub**　　　　Check number: QB0323-067　　　　Pay Period: 02/16/2023 - 02/28/2023　　　　Pay Date: 03/07/2023

**Employee**
Konata S Stallings, 105-05 69th Ave Apt 203, Forest Hills, NY 11375

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Daily Pay Rate | 5:00 | 525.00 | 2,625.00 | 13,387.50 |
| PTO | 1:00 | 525.00 | 525.00 | 1,050.00 |
| Holiday | | | | 1,050.00 |
| Bereavement | | | | 1,575.00 |
| | 6:00 | | 3,150.00 | 17,062.50 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| Health Insurance | -221.69 | -1,073.58 |
| Dental Insurance | -13.47 | -67.35 |
| Vision Insurance | -3.08 | -15.30 |
| 401k Emp. | -157.50 | -853.13 |
| | -395.72 | -2,009.36 |

| Taxes | Current | YTD Amount |
|---|---|---|
| NY - Yonkers City Nonresident | -13.77 | -75.07 |
| NY - Paid Family Leave | -14.33 | -77.47 |
| NY - City Resident | -100.21 | -557.39 |
| Medicare Employee Add'l Tax | 0.00 | 0.00 |
| Federal Withholding | -362.00 | -2,119.00 |
| Social Security Employee | -180.53 | -983.93 |
| Medicare Employee | -42.22 | -230.11 |
| NY - Withholding | -127.65 | -709.65 |
| NY - Disability Employee | -1.30 | -6.50 |
| | -842.01 | -4,759.12 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Life, AD&D & LTD Insurance | -5.00 | -20.50 |
| Short Term Disability Insurance | -28.10 | -148.31 |
| | -33.10 | -168.81 |

**Net Pay**　　　　1,879.17　　　　10,125.21

| Direct Deposit | Amount |
|---|---|
| Checking - ****4806 | 1,879.17 |

| PTO | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:21 | 1:00 | 0:02 |
| YTD | | | |

| Memo |
|---|
| Direct Deposit |